UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | |
| v. | ) ) | **CRIMINAL NO. 2:16-CR-12-DBH** |
| **NAQUAN ELEY,** | ) ) ) | |
| **DEFENDANT** | ) | |

**ORDER ON DEFENDANT'S MOTION FOR DISCOVERY OF
GRAND JURY AND PETIT JURY DATA**

The defendant has moved for discovery of grand jury and petit jury data in connection with a motion that he may file to challenge the jury selection process. The government has responded that I should follow United States v. Stile on what should be available. Order on Defendant's Motion for Discovery of Grand Jury and Petit Jury Data, No. 11-CR-185-JAW, ECF No. 381 (D. Me. Mar. 14, 2014). I agree that Stile is the applicable precedent. Accordingly, I **GRANT** the defendant's motion as follows:

1. He is entitled to a copy of the Plan for the Random Selection of Grand and Petit Jurors for Service in the District of Maine that was in effect at the time of his indictment, January 13, 2016, and during that of a related investigation, February 10, 2015. That is a public document, and the Clerk's Office informs me that it has already provided a copy to counsel. The Clerk's Office shall file a copy of the Plan as a public docket entry.

2. He is entitled to a copy of this District's current Plan for the Random Selection of Grand and Petit Jurors for Service in the District of Maine that is currently in effect and will pertain to the petit jury when it is selected for his case. That is a public document, and the Clerk's Office informs me that it has already provided a copy to counsel. The Clerk's Office shall file a copy of the Plan as a public docket entry.

3. He is entitled to Form AO-12, Report on Operation of the Jury Selection Plan, but only under seal subject to the restrictions as set forth in <u>Stile</u> and described below. The Clerk's Office shall promptly provide that Form to his counsel and to the Assistant United States Attorney, both under seal, and shall file a copy of Form AO-12 as a sealed docket entry.

4. With respect to the names of people on the Master Wheel and Qualified Persons Wheel applicable to the Grand Jury that indicted him, the Clerk's Office informs me that it does not have a report of the names on the Master Wheel, but can work with the AO and the Jury Management System vendor to obtain that report. It shall do so as promptly as possible, and shall provide that list of names to counsel for the defendant and the Assistant United States Attorney under seal subject to the restrictions set forth in <u>Stile</u> and described below. The Clerk's Office does have a report of the names of the jurors on the Qualified Wheel. That list of names shall be provided to counsel for the defendant and to the Assistant United States Attorney under seal subject to the restrictions set forth in <u>Stile</u> and described below. The Clerk's Office shall file a copy of both lists as sealed docket entries.

5. The restrictions on the information described in paragraphs 3 and 4 are as follows:

> The Clerk's Office shall provide the information to the defendant's counsel and the Assistant United States Attorney. That information must be maintained in the possession of the defendant's counsel and the Assistant United States Attorney respectively and used only for the purpose of developing and defending against any motion to challenge the jury selection process. The defendant may view this information in the presence of defense counsel. Upon resolution of any motion challenging the jury process, the defendant's counsel and the Assistant United States Attorney must return the information to the Clerk of Court along with a signed affidavit affirming that the information was used only according to the conditions set forth in this Order.

**SO ORDERED.**

**DATED THIS 8TH DAY OF FEBRUARY, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**